**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Orathay Dethluxay, | : | Chapter 13 |
| Debtor | : | Case No.: 23-13413-mdc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed January 4, 2024 was forwarded to the following parties, as follows:

*Via First Class USPS Mail on January 4, 2024:*

All creditors on the mailing matrix not otherwise notified by ECF.

*Via Electronic Filing (ECF) on January 4, 2024:*

Mark A. Cronin, Esquire on behalf of Matrix Financial Services Corporation;
bkgroup@kmllawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By:    */s/ Joseph Quinn*
       Joseph Quinn, Esquire
       192 S. Hanover Street, Suite 101
       Pottstown, PA 19464
       T: 610.323.5300
       F: 610.323.6081
       jquinn@rqplaw.com
Date: January 4, 2024    Counsel for Debtor