# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                                  :  CHAPTER 13

Orathay Dethluxay
:
:
:
:
:  BANKRUPTCY NO. 23-13413mdc

            Debtor (s)

## P R A E C I P E TO WITHDRAW DOCUMENT(S)

TO THE CLERK

Kindly withdraw docket Entry No(s)14.

341 Meeting of Creditors to be held on January 10,2024 at 11:45 am.

                                         Respectfully submitted,

Date: January 5, 2024                   /s/ Kenneth E. West, Esquire
                                            Kenneth E. West, Esquire
                                            Chapter 13 Standing Trustee
                                            P.O. Box 40837
                                            Philadelphia, PA  19107