United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 23-13413-mdc

Orathay Dethluxay  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Feb 16, 2024  Form ID: 155  Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Orathay Dethluxay, 378 Wells Terrace, West Chester, PA 19380-2136 |
| 14829820 | + | Orathay Online Marketing LLC, 378 Wells Terrace, West Chester, PA 19380-2136 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14829815 | | Email/Text: bankruptcy@bhg-inc.com | Feb 17 2024 00:19:00 | BHG Financial, 201 Solar Street, Syracuse, NY 13204 |
| 14829814 | | Email/Text: bankruptcy@bhg-inc.com | Feb 17 2024 00:19:00 | Bankers Healthcare Group, LLC, 10234 W State Road 84, Fort Lauderdale, FL 33324 |
| 14833281 | | Email/Text: bankruptcy@bhg-inc.com | Feb 17 2024 00:19:00 | Bankers Healthcare Group, LLC, 201 Solar Street, Syracuse, NY 13204-201 |
| 14829816 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 17 2024 00:21:13 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14829817 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 17 2024 00:19:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 14833112 | | Email/Text: mrdiscen@discover.com | Feb 17 2024 00:19:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14829818 | + | Email/Text: mrdiscen@discover.com | Feb 17 2024 00:19:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14829819 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Feb 17 2024 00:19:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 14845854 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2024 00:21:22 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14835220 | ^ | MEBN | Feb 17 2024 00:16:03 | Matrix Financial Services Corporation;, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14829821 | + | Email/Text: bankruptcynotices@psecu.com | Feb 17 2024 00:20:00 | PSECU, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14843455 | | Email/Text: bankruptcy@roundpointmortgage.com | Feb 17 2024 00:19:00 | RoundPoint Mortgage Servicing LLC, 446 Wrenplace Road, Fort Mill, SC 29715 |
| 14829822 | ^ | MEBN | Feb 17 2024 00:15:54 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 14837018 | + | Email/Text: electronicbkydocs@nelnet.net | Feb 17 2024 00:19:00 | U.S Department of Education c/o Nelnet, 121 S 13th St, LINCOLN, NE 68508-1904 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 16, 2024 | Form ID: 155 | Total Noticed: 16 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 18, 2024        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSEPH L QUINN | on behalf of Debtor Orathay Dethluxay CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Matrix Financial Services Corporation; bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Orathay Dethluxay
    Debtor(s)

Chapter: 13

Bankruptcy No: 23−13413−mdc

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this February 8, 2024 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court

23 − 8
Form 155