Certificate Number: 05781-PAE-DE-038256188

Bankruptcy Case Number: 23-13413



05781-PAE-DE-038256188

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 7, 2024</u>, at <u>10:04</u> o'clock <u>AM PST</u>, <u>Orathay Dethluxay</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>March 7, 2024</u>              By:   <u>/s/Allison M Geving</u>

                                        Name: <u>Allison M Geving</u>

                                        Title: <u>President</u>