# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Orathay Dethluxay,<br>            Debtor, | Bankruptcy No. 23-13413-djb<br>Chapter 13 |
| TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing LLC,<br>            Secured Creditor,<br><br>Orathay Dethluxay,<br>            Debtor / Respondent,<br><br>and<br>KENNETH E. WEST,<br>            Trustee / Respondent. | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

      Please take notice that the undersigned hereby enters his appearance as counsel for Creditor, TH MSR Holdings LLC c/o RoundPoint Mortgage Servicing LLC, in the above proceeding and, pursuant to Bankruptcy Rule 2002 and Local Bankruptcy Rule 9010.1, requests that his name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

            Roger Fay, Esquire
            Albertelli Law
            14000 Commerce Parkway, Suite H
            Mount Laurel, NJ 08054
            856-724-1888

      Please take further notice that the foregoing request includes the notices referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

DATED: December 23, 2025            ALBERTELLI LAW

                                                      BY: /s/ Roger Fay, Esq., ID No. 315987
                                                      14000 Commerce Parkway, Suite H
                                                      Mount Laurel, NJ 08054
                                                      rfay@alaw.net